H. A. GENUNG v. SCOTT M. LOFTIN and JOHN W. MARTIN, as Trustees etc.

12 So. (2nd) 576                                        January Term, 1943
March 26, 1943                                               Division B

*Herbert F. Fuller, William J. DeHoff & DeHoff & DeHoff,* for appellant.

*Russell L. Frink, John H. Summerlin* and *Harold B. Wahl,* for appellees.

PER CURIAM:

Judgment affirmed.

BUFORD, C. J., BROWN, THOMAS and SEBRING, JJ., concur.